UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA CHRISTINE RODRIGUEZ,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

Case No. 20-cv-13372
Hon. Matthew F. Leitman

## JUDGMENT

For the reasons stated in the order issued on this date, it is **ORDERED** and **ADJUDGED** that:

- Plaintiff's Motion for Summary Judgment is **GRANTED**;
- Defendant's Motion for Summary Judgment is **DENIED**; and
- This action is **REMANDED** to the Commissioner of Social Security for further administrative proceedings.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 20, 2022

1